907

No. 89–1621. McManama v. Oregon. Ct. App. Ore. Certiorari denied.

No. 89–1635. Northwest Advancement, Inc., et al. v. Oregon Bureau of Labor et al. Ct. App. Ore. Certiorari denied.

No. 89–1636. Montenegro v. Arizona Department of Economic Security et al. Ct. App. Ariz. Certiorari denied.

No. 89–1650. Kaplan v. County of Los Angeles. C. A. 9th Cir. Certiorari denied.

No. 89–1666. J M Smith Corp., dba Smith Data Processing v. pc I Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 89–1706. I-Point AB et al. v. Zeta Associates et al. C. A. D. C. Cir. Certiorari denied.

No. 89–1709. Patterson v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 89–1722. Gibson v. United States. Ct. Mil. App. Certiorari denied.

No. 89–1732. Sanders v. United States. C. A. 7th Cir. Certiorari denied.

No. 89–1740. Stanko v. United States Parole Commission et al. C. A. 8th Cir. Certiorari denied.

No. 89–1755. Dobard v. City of Oakland et al. C. A. 9th Cir. Certiorari denied.

No. 89–5282. Dombrowski v. United States. C. A. 7th Cir. Certiorari denied.

No. 89–5807. Sanders v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–5890. Merritt v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–5962. Taylor v. United States. C. A. 6th Cir. Certiorari denied.